UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:15CR127(2) |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JOEY LIGHTCAP-TRAUM, | : | |
| Defendant. | : | |

**AMENDED FINAL ORDER OF FORFEITURE OF
PROPERTY AS TO JOEY LIGHTCAP-TRAUM**

This matter is before the Court upon the United States' Motion to Amended the Final Order of Forfeiture for the sole purpose of correcting the VIN number of the 2007 Cadillac Escalade (item i listed in the Final Order of Forfeiture) which was incorrectly identified as 1GYFK77887R284305 that has been forfeited to the United States of America.

WHEREAS, it has been represented to this Court that the correct serial number of the 2007 Cadillac Escalade should be 1GYFK66887R284305.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Order is being entered for the sole purpose of correcting the VIN number to indicate that the 2007 Cadillac Escalade VIN 1GYFK66887R284395 was forfeited pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) . All other terms and provisions of the Final Order of Forfeiture entered with on July 28, 2017 remain unchanged.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

Dated: October 3, 2017                                **s/ Thomas M. Rose**

                                                    _____
                                                    HONORABLE THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE